22 F.3d 300
 Abdullah (Waliyyuddin S.)
v.
Sprecher, Felix, Visco, Hutchinson and Jarin, Nepps (Mary
Ellen), McCann, Mailey and Geschke, Geschke (Richard E.),
Thomas Jefferson Hospital, Dr. Gocial, Dr. Hart, Obermyer,
Rebmann, Maxwell and Hippel, Topel (David L.), Sprecher (A. Grant)
 NO. 93-2045
 United States Court of Appeals,
Third Circuit.
 Mar 25, 1994
 
 Appeal From: E.D.Pa.,
 Katz, J.
 
 
 1
 AFFIRMED.